# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **TRACY JACKSON,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 10-00168-WS-B |
| **MUNICIPALITY OF SELMA,** *et al.*, | : |
| **Defendants.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 3, 2010, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 24th day of May, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE